# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WRIGHT, | Case No. 12-cv-03473 NC |
| Plaintiff, | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | Re: Dkt. No. 3 |
| CITY OF VALLEJO, | |
| Defendant. | |

Plaintiff Charles Wright moves to proceed in forma pauperis. Dkt. No. 3. The motion is GRANTED. The United States Marshal is ordered to serve the defendant in accordance with Federal Rule of Civil Procedure 4(c)(3).

IT IS SO ORDERED.

Date: July 3, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03473 NC
ORDER GRANTING MOTION