IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES WRIGHT,

      Plaintiff,                    No. 2: 12-cv-2686 JAM JFM

      vs.

CITY OF VALLEJO, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is proceeding pro se in this action. On October 29, 2012, the United States District Court for the Northern District of California dismissed the complaint with leave to amend.[1] (See Dkt. No. 32.) It instructed plaintiff that any amended complaint needed to be filed no later than November 30, 2012 in this court. Subsequently, this case was transferred from the Northern District of California to this district on October 31, 2012. (See Dkt. No. 33.)

      To date, plaintiff has not complied with the Northern District of California's by filing an amended complaint in this court.

/////

/////

---

[1] The court dismissed the claims against defendant Eurline Wright without leave to amend.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause within 14 days of the date of this order why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 19, 2012.

UNITED STATES MAGISTRATE JUDGE

14
wrig2686.osc