IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES WRIGHT,

      Plaintiff,                           No. 2: 12-cv-2686 JAM JFM

   vs.

CITY OF VALLEJO, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

      By order filed October 29, 2012 in the Northern District of California, plaintiff's complaint was dismissed with leave to amend. Plaintiff was instructed that any amended complaint needed to be filed in this court no later than November 30, 2012. Plaintiff did not file an amended complaint in this court by November 30, 2012. Thus, on December 20, 2012, the undersigned issued an order to show cause within fourteen days why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). To date, plaintiff has not responded to the December 20, 2012 order to show cause.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

1

1 one days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED: January 11, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
wri2686.fta